# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. CHAVEZ,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:17-cv-01202-DAD-EPG-HC<br><br>ORDER GRANTING PETITIONER SIXTY (60) DAYS TO ASSERT CLAIMS UNDER 42 U.S.C. § 1983<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PETITIONER PRISONER CIVIL RIGHTS COMPLAINT FORM AND APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

On September 7, 2017, Petitioner filed a federal habeas petition challenging a rules violation report for fighting. (ECF No. 1). On June 14, 2018, the undersigned issued findings and recommendation to grant Respondent's motion to dismiss the petition and allow Petitioner to convert the habeas proceeding to a civil rights action under 42 U.S.C. § 1983. (ECF No. 19). On October 23, 2018, the District Judge adopted the findings and recommendation in full, granted Respondent's motion to dismiss the petition, and ordered Petitioner to notify the Court regarding whether Petitioner would like to convert the instant habeas proceeding to a § 1983 civil rights action or to voluntarily dismiss the instant habeas proceeding without prejudice to refiling his claims in a § 1983 action. (ECF No. 20).

On November 19, 2018, Petitioner notified the Court that he would like to convert the instant habeas proceeding to a § 1983 civil rights action. (ECF No. 21). Accordingly, the Court HEREBY ORDERS that:

1. The Clerk's Office is DIRECTED to send Petitioner a prisoner civil rights complaint form and an application to proceed *in forma pauperis*;
2. Petitioner is GRANTED **sixty (60) days** from the date of service of this order in which to assert claims under 42 U.S.C. § 1983;[1] and
3. Petitioner shall submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 fee for the civil rights action within **sixty (60) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 26, 2018**        /s/ Eric P. Gross
                                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] In his response to the Court's order, Petitioner indicated that he would file a § 1983 complaint within six months. (ECF No. 21). If Petitioner requires additional time beyond the sixty (60) days granted in this order, Petitioner should file a motion for extension of time that sets forth the reasons for the request.

2